## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JASMINE NICHOL KIMBLE,** ) | **Case No.:** |
| ) | |
| **Plaintiff.** ) | **2:20-cv-02319-MSN-cgc** |
| ) | |
| **v.** ) | |
| ) | |
| **CAPITAL ONE BANK, USA, NA.** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 3, 2020          By: */s/ Amy L. B. Ginsburg*
                                      Amy L. B. Ginsburg, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: aginsburg@creditlaw.com

## <ins>CERTIFICATE OF SERVICE</ins>

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Samuel Aitken Morris
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3258
Fax: (615) 724-3358
Email: smorris@burr.com
Attorney for Defendant

Dated: November 3, 2020          By: */s/ Amy L. B. Ginsburg*
                                 Amy L. B. Ginsburg, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Pike
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Fax: (877) 788-2864
                                 Email: aginsburg@creditlaw.com