Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JASMINE KIMBLE, | § |
| Plaintiff, | § Civil Action No. 2:20-cv-02319-MSN-cgc |
| v. | § |
| CAPITAL ONE BANK, U.S.A, N.A., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ *Samuel Aitken Morris w/ permission*          /s/ *Amy L. Bennecoff Ginsburg*
Samuel Aitken Morris                                              Amy L. Bennecoff Ginsburg Esq.
BURR & FORMAN LLP                                           Kimmel & Silverman, P.C.
222 Second Avenue South, Suite 2000                30 East Butler Pike
Nashville, TN 37201                                                 Ambler, PA 19002
Phone: (615) 724-3258                                             Phone: (215) 540-8888
Fax: (615) 724-3358                                                 Fax: (215) 540-8817
Email: smorris@burr.com                                       Email: aginsburg@creditlaw.com
Attorney for Defendant                                            Attorney for the Plaintiff

Date: December 2, 2020                                          Date: December 2, 2020

- 1 -

STIPULATION FOR DISMISSAL

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Samuel Aitken Morris
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3258
Fax: (615) 724-3358
Email: smorris@burr.com
Attorney for Defendant

| | |
|---|---|
| DATED:  December 2, 2020 | /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |