**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JASMINE KIMBLE,

     Plaintiff,

v.                                 Case No. 2:20-cv-02319-MSN-cgc

CAPITAL ONE BANK, U.S.A., N.A.,

     Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed April 30, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Notice of Settlement, filed November 3, 2020, (ECF No. 13), and the Stipulation of Dismissal, filed December 2, 2020, (ECF No. 14), settling this matter and dismissing all claims against Defendant with prejudice, this matter is hereby **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and fees.

APPROVED:  *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:      December 2, 2020